# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

148789 & (18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

                                       SC: 148789
                                       COA: 318895
MARK D. ANDERSON,
               Defendant-Appellant.         Wayne CC:  99-011012-FC

_____/

      On order of the Court, the application for leave to appeal the December 20, 2013 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).  The motion for peremptory order is DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014 _____



h0721                                                Clerk